**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **TMI SOLUTIONS, LLC,**  <br>             Plaintiff,  <br>v.  <br>**STAPLES, INC.,**  <br>             Defendant. | Civil Action No. 1:17-cv-00968-LPS-CJB |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TMI Solutions, LLC ("TMI") and Defendant Staples, Inc. ("Staples") through their respective counsel that all claims brought by TMI against Staples are dismissed with prejudice, and all counterclaims brought by Staples are dismissed without prejudice, pursuant to F.R.C.P. 41(a)(1).

All attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

DATED: March 12, 2019

| | |
|---|---|
| **DEVLIN LAW FIRM LLC** | **DLA PIPER LLP (US)** |
| /s/ Timothy Devlin | /s/ Brian A. Biggs |
| Timothy Devlin (#4241) | Denise S. Kraft (DE Bar No. 2778) |
| tdevlin@devlinlawfirm.com | Brian A. Biggs (DE Bar No. 5591) |
| 1306 N. Broom St., 1st Floor | 1201 North Market Street, Suite 2100 |
| Wilmington, Delaware 19806 | Wilmington, DE 19801-1147 |
| Telephone: (302) 449-9010 | Telephone: 302.468.5700 |
| Facsimile: (302) 353-4251 | Facsimile: 302.394.2341 |
| | denise.kraft@dlapiper.com |
| | brian.biggs@dlapiper.com |
| Joseph P. Oldaker (*pro hac vice*) | |
| Timothy E. Grochocinski (*pro hac vice*) | Nicholas G. Papastavros (admitted *pro hac vice*) |
| NELSON BUMGARDNER ALBRITTON, P.C. | Yasmin Ghassab (admitted *pro hac vice*) |
| 15020 S. Ravinia Ave., Suite 29 | DLA Piper LLP (US) |
| Orland Park, Illinois 60462 | 33 Arch Street, 26th Floor |
| P. 708-675-1975 | Boston, MA 02110-1447 |
| joseph@nbafirm.com | Telephone: (617) 406-6000 |
| tim@nbafirm.com | Facsimile: (617) 406-6100 |
| | nick.papastavros@dlapiper.com |
| | yasmin.ghassab@dlapiper.com |
| *Attorneys for Plaintiff TMI Solutions LLC* | |
| | *Attorneys for Defendant Staples, Inc.* |

SO ORDERED this _____ day of March, 2019.

_____
United States District Judge